IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARY PETERMAN, ROSE MILTON,
ANITA FRYER, and LAKESHA JONES,

    Plaintiff,

v.                                    CASE NO. 5:11-cv-105-RS-GRJ

LQ MANAGEMENT, L.L.C.,
d/b/a LA QUINTA INN,

    Defendant.
_____/

## O R D E R

    Non-Party The Bay County NAACP has filed a Notice of Withdrawal Without Prejudice of its Motion To Quash Or Modify Defendants' Subpoena For Production Of Business Records Pertaining To Plaintiffs' Complaint(s) To NAACP About Defendant And For Protection.  (Doc. 27.)

    Accordingly, upon due consideration, it is **ORDERED**:

    Non-Party Bay County NAACP's Motion To Quash Or Modify Defendants' Subpoena For Production Of Business Records Pertaining To Plaintiffs' Complaint(s) To NAACP About Defendant And For Protection (Doc. 22) is **TERMINATED as moot**.

    **DONE AND ORDERED** this 27th day of October, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge